UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

ALTAUNE BROWN,

                              Plaintiff,

     -against-

MASTER BARBERS BARBER SHOP, INC.,
and 1169 2ND AVE LLC

                              Defendants.

---------------------------------------------------------X

*Civil Action No.*

1:25-cv-01045-JLR

## NOTICE OF SETTLEMENT

     PLEASE TAKE NOTICE that Plaintiff, **ALTAUNE BROWN** and Defendants, **MASTER BARBERS BARBER SHOP, INC.,** and **1169 2ND AVE LLC,** hereby notify this Honorable Court that a settlement has been reached in principle in the above-referenced case among the parties. The parties are drafting the necessary documents and anticipate finalizing the agreement within the next few weeks. Accordingly, we respectfully request that a thirty (30) day order be issued.

Dated: May 19, 2025

By:_____
Bradly G. Marks
The Marks Law Firm, PC
155 E 55th Street, Suite 4H
New York, NY 10022
T:(646) 770-3775